B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of North Carolina

In re  Carlton Devone Best, Sr.
       Margaret Pennia Best                    ,         Case No.  18-05040-5-DMW

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Revolve Capital Group, LLC | Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

2601 Main Street, Suite 950
Irvine, CA 92614

Phone: _____
Last Four Digits of Acct #: ____7446____

Name and Address where transferee payments should be sent (if different from above):
c/o FCI Lender Services, Inc.
PO Box 28720
Anaheim, CA 92809
Phone: _____
Last Four Digits of Acct #: ____7446____

Court Claim # (if known): ____11-1____
Amount of Claim: ____$44,214.92____
Date Claim Filed: ____06/12/2019____

Phone: _____
Last Four Digits of Acct. #: ____8850____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                    Date: 08/19/2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.